DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Peninsula Prop. Owners Ass'n v. Crescent Res., LLC<br><br>Case Below:<br>171 N.C. App. 89 | No. 421P05 | 1. Plt's NOA Based Upon a Substantial Constitutional Question (COA04-796)<br><br>2. Def's Motion to Dismiss Appeal<br><br>3. Plt's PDR Under N.C.G.S. § 7A-31 | 1. —<br><br>2. Allowed 12/01/05<br><br>3. Denied 12/01/05 |
| Property Rights Advocacy Grp. v. Town of Long Beach<br><br>Case Below:<br>173 N.C. App. 180 | No. 559A05 | 1. Plt's NOA (Dissent) (COA04-1374)<br><br>2. Plt's NOA (Based Upon a Constitutional Question)<br><br>3. Plt's PDR as to Additional Issues | 1. —<br><br>2. Dismissed ex mero motu 12/01/05<br><br>3. Denied 12/01/05 |
| Schenk v. HNA Holdings, Inc.<br><br>Case Below:<br>170 N.C. App. 555 | No. 365P05 | 1. Plt's (Donald Lee Bell) PDR Under N.C.G.S. § 7A-31 (COA03-1094-2 and COA03-1095-2)<br><br>2. Plt's (Gary Ray Schenk, Sr.) PDR Under N.C.G.S. § 7A-31 | 1. Denied 12/01/05<br><br>2. Denied 12/01/05 |
| Skinner v. Preferred Credit<br><br>Case Below:<br>172 N.C. App. 407 | No. 525A05 | 1. Plts' NOA (Dissent) (COA04-1450)<br><br>2. Plts' PWC to Review Decision of COA as to Additional Issues | 1. —<br><br>2. Allowed 12/01/05 |
| State v. Ball<br><br>Case Below:<br>171 N.C. App. 515 | No. 590P05 | Def's PWC to Review Decision of the COA (COA04-1582) | Denied 12/01/05 |
| State v. Boyd<br><br>Case Below:<br>Rockingham County Superior Court | No. 547A88-5 | 1. Def-Appellant's PWC<br><br>2. Def-Appellant's Motion for Stay of Execution | 1. Denied 11/29/05<br><br>2. Denied 11/29/05 |
| State v. Boyd<br><br>Case Below:<br>173 N.C. App. 642 | No. 588P05 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA05-223)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Denied 12/01/05<br><br>2. Dismissed 12/01/05 |
| State v. Brewton<br><br>Case Below:<br>173 N.C. App. 323 | No. 589P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1127) | Denied 12/01/05 |